# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| James Clark | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:11-cv-03255-GRA-SVH |
| H. Smith, | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, James Clark, shall take nothing of the defendant, H. Smith, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable G. Ross Anderson, United States District Judge, presiding, dismissing the action without prejudice pursuant to FRCP 41.

Date: February 15, 2012

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*